**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

In re:

| | | |
|---|---|---|
| Timothy King | Case No: | 26-12398 |
| Kimberly King | Chapter: | 13 |
| | Judge: | Hon. Catherine J. Furay |
| Debtors. | Trustee: | Mark Harring |

## NOTICE OF MOTION TO CONTINUE THE AUTOMATIC STAY

The Debtors in the above-captioned case filed a motion to continue the automatic stay pursuant to 11 U.S.C. Sec. 362(c)(3)(B). A copy of that motion accompanies this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in motion, or if you want the court to consider your views on the motion, then **on or before November 17, 2026**, you or your attorney must:

File with the court a written response explaining your position at:

**United States Bankruptcy Court**
**120 N. Henry St., Room 340**
**Mequon, WI 53703**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

**The Fields Group Law Firm**
**2323 S. 109th Street, Suite 345**
**Milwaukee, WI 53227**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may determine that your failure to object constitutes grounds to enter an order granting that relief.

The Fields Group Law Firm, S.C.

Attorney for Debtor

Dated: 11/3/2026

By: */s/ Robert L. Crowley*
Robert L. Crowley

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| In re: | | |
| Timothy King | Case No: | 26-12398 |
| Kimberly King | Chapter: | 13 |
| | Judge: | Hon. Catherine J. Furay |
| Debtors. | Trustee: | Mark Harring |

## MOTION TO CONTINUE THE AUTOMATIC STAY

NOW COMES the Debtors, Timothy King and Kimberly King, (the “Debtors”), by and through his attorneys, The Fields Group, LLC Law Firm, to present their MOTION TO CONTINUE THE AUTOMATIC STAY, and states as follows:

1. The Court has jurisdiction pursuant to 11 U.S.C. §1335 and this is a “core proceeding” under 28 U.S.C. §157(b).
2. The Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code, case 26-12398, on October 23, 2026.
3. The Debtor previously filed Chapter 13 case 25-20378 on December 6, 2025.
4. The Debtors’ prior Chapter 13 bankruptcy was dismissed on October 2, 2026, for failing to make the plan payments.
5. In the Debtors’ prior case, they both missed extensive amount of time at work due to various injuries.
6. The Debtor husband is back to full-time delivery driving. The Debtor wife is soon to be undergoing hip replacement surgery. The Debtors believe the Debtor husband’s delivery driving will be sufficient to allow them to make their plan payments.
7. When the Debtor wife does return to employment, the Debtors will be better able to afford this plan.

8. The Debtors believe they can afford the plan payments and complete the plan.

9. The Debtors propose this Plan in good faith.

WHEREFORE, the Debtors, Timothy & Kimberly King, pray this Court enters an order:

1) Extending the Automatic Stay as to all creditors until such time as the Stay is lifted by a party in interest as to that party only following notice and hearing, or such time as this case is dismissed or discharged, and

2) Any other relief that this court deems just and proper.

Respectfully submitted and dated this Tuesday, November 03, 2026.

By: *<u>/s/ Robert L. Crowley</u>*
Robert L. Crowley
Attorney for Debtor
Bar #: 1087218

Robert L. Crowley
The Fields Group, LLC Law Firm
2323 S. 109th St., #345
Milwaukee, WI 53227
Phone: (414) 763-3200
Fax: (414) 763-3209
Email: robert@tfglaw.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| In re: | | |
| Timothy King | Case No: | 26-12398 |
| Kimberly King | Chapter: | 13 |
| | Judge: | Hon. Catherine J. Furay |
| Debtors. | Trustee: | Mark Harring |

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Sworn Declaration Regarding Change in Circumstance was mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Tuesday, November 03, 2026:

Timothy King
Kimberly King
6300 Birch St., Trailer 276
Schofield, WI 54476

**SEE ATTACHED MAILING MATRIX**

Additionally, the documents referenced above were also served via electronic means on the following individuals on Tuesday, November 03, 2026:

United States Trustee
Western District of Wisconsin
780 Regent St., Suite 304
Madison, WI 53715

Mark Harring
Standing Ch. 13 Trustee
122 W. Washington Ave., Suite 500
Madison, WI 53703

Dated this Tuesday, November 03, 2026.

By: */s/ Robert L. Crowley*
Robert L. Crowley
Attorney for the Debtor

Robert L. Crowley
The Fields Group, LLC Law Firm
2323 S. 109th St., #345
Milwaukee, WI 53227
Phone: (414) 763-3200
Fax: (414) 763-3209

Email: robert@tfglaw.com

Label Matrix for local noticing
0758-1
Case 1-26-12398-cjf
Western District of Wisconsin www.wiwb.uscour
Eau Claire
Tue Nov 3 15:53:12 CST 2026

21st Mortgage Corporation
620 Market Street
One Center Square
Knoxville, TN 37902

(p)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

Ascension/Marshfield St. Clare's Hospit
3400 Ministry Parkway
Schofield, WI 54476-5220

Aspirius Hospitals and Clinics
P.O. Box 1008
Wausau, WI 54402-1008

CNAC
Attn: Bankruptcy Dept.
PO Box 56
Elm Grove, WI 53122-0056

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Cash Store
306 S. 17th St. Suite D
Wausau, WI 54401-4181

Check & Cash, LLC
300 A South 17th Ave.,
Wausau, WI 54401

Check N Go
3438 E. Main St.
Merrill, WI 54452-9001

Check N Go
55 Monte Parkway
Smithfield, VA 23430-2577

Cottonwood Financial
1901 Gateway Dr Ste 200
Irving, TX 75038-2425

Covantage Credit Union
P.O. Box 107
Antigo, WI 54409-0107

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Robert Lee Crowley
The Fields Group Law Firm
2323 S. 109th St.
Milwaukee, WI 53227-1909

Dept of Education/Neln
PO Box 82561
Lincoln, NE 68501-2561

EZ Auto Credit
3920 Plover Road
Wisconsin Rapids, WI 54494-6821

Flowering Peach BKY, LLC
Pertius Portfoilo Services II, LLC
PO Box 1149
Grapevine, TX 76099-1149

GM Financial
801 Cherry St., Ste 3500
Fort Worth, TX 76102-6854

GM Financial
PO Box 181145
Arlington, TX 76096-1145

Get It Now
5501 Headquarters Dr.
Plano, TX 75024-5837

(p)MARK HARRING
ATTN STANDING TRUSTEE
122 WEST WASHINGTON AVENUE SUITE 500
MADISON WI 53703-2758

IRS - Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

IRS-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital LLC
P.O. Box 70281
Philadelphia, PA 19176-0281

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kikkoff
Attn: Bankruptcy
75 Broadway
San Francisco, CA 94111-1422

Kikoff
75 Broadway
San Francisco, CA 94111-1423

Kim Marie King
6300 Birch Street, Trailer 276
Schofield, WI 54476-4001

Timothy Alan King
6300 Birch Street, Trailer 276
Schofield, WI 54476-4001

Kohn Law Firm
735 N. Water Street, Suite 1300
Milwaukee, WI 53202-4106

(p)KOSTKA AND ASSOCIATES LLC
P O BOX 1519
WAUSAU WI 54402-1519

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MHWI Colonial Gardens
6300 Birch St. #58
Schofield, WI 54476-4013

MHWI Colonial Gardens
6300 Birch Street #58, 58
Schofield, WI 54476-4064

Marshfield Clinic Health System
1000 N. Oak Ave.
Marshfield, WI 54449-5702

Member's Finance, LLC
5503 Bus Hwy 51 S
Minneapolis, MN 55447-6000

Moneykey Inc
55 Monete Parkway
Smithfield, VA 23430-2577

National Credit Adjusters
PO Box 3023
Hutchinson, KS 67504-3023

National Credit Management
PO Box 550
Hutchinson, KS 67504-0550

Progressive
DEPT 0561
Carol Stream, IL 60132-0001

Scolopax, LLC
c/o Weinstein & Riley, PS
749 Gateway, Suite G-601
Abilene, TX 79602-1196

Secretary of Treasury
Treasury Department
1500 Pennsylvania Avenue N.W.
Washington, DC 20220-0001

Securities and Exchange Commission
175 West Jackson Boulevard
Suite 900
Chicago, IL 60604-2908

Security Finacial Services
PO Box 3146
Spartanburg, SC 29304-3146

U.S. Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715-1292

US Department of Education c/o Helmet
121 South 13th Street
Lincoln, NE 68508-1904

Vance & Huffman, LLC
55 Monette Parkway
Smithfield, VA 23430-2577

Vance & Huffman, LLC
Attn: Bankruptcy
55 Monette Parkway
Smithfield, VA 23430-2577

WI SCTF
Box 07914
Milwaukee, WI 53207-0914

WISCONSIN PUBLIC SERVICE
PO BOX 19003
GREEN BAY, WI 54307-9003

Wisconsin Auto Finance d/b/a CNAC of Wau
2600 N 20th Avenue
Wausau, WI 54401-1810

Wisconsin Auto Title Loans, Inc
PO Box 550
Hutchinson, KS 67504-0550

Wisconsin Autofinance
2158 Grand Avenue
Wausau, WI 54403

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

Wisconsin Department of Revenue
P.O. Box 8901
Madison, WI 53708-8901

Wisconsin Public Serive
PO Box 1109
Glenview, IL 60025-8109

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

21st Mortgage Corporation
PO Box 477
Knoxville, TN 37901

Caine & Weiner
15025 Oxnard Street, Suite 100
Van Nuys, CA 91411

Mark Harring
122 West Washington Ave.
Suite 500
Madison, WI 53703-2578

Jefferson Capital LLC
P.O. Box 7999
Saint Cloud, MN 56302

Kostka & Associates, LLC
PO Box 1519
Wausau, WI 54402

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Kim Marie King
6300 Birch Street, Trailer 276
Schofield, WI 54476-4001

(d)Timothy Alan King
6300 Birch Street, Trailer 276
Schofield, WI 54476-4001

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 57 |
| Bypassed recipients | 2 |
| Total | 59 |